UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-094 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **KIRK BROOKS,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael T. Truscott at telephone number (202) 514-7533 and/or email address Michael.Truscott2@usdoj.gov.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney

---

        Michael T. Truscott
        New York Bar
        Assistant United States Attorney
        Federal Major Crimes
        555 4th Street, NW, Room 4237
        Washington, DC 20530
        (202) 514-7533
        Michael.Truscott2@usdoj.gov