UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : No. 07-cr-94-PLF |
| **v.** | : |
| | : |
| **KIRK BROOKS,** | : |
| | : |
| **Defendant.** | : |

Government's Notice of Assignment and Substitution of Counsel

The United States of America, by and through the United States Attorney for the District of Columbia, hereby gives notice to the Court that the above matter is now assigned to Assistant U.S. Attorney Michael C. Liebman, michael.liebman@usdoj.gov, and that AUSA Liebman is substituting in as counsel for the government.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

by:  /s/
_____
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C.  20530
353-2385