```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**      :     Cr. No: 07-94-PLF
                                  :
        **v.**                  :
                                  :
**KIRK BROOKS,**                  :
                                  :
        **defendant.**           :

Government's Unopposed Motion for Booking Order

    The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves the Court to order that the defendant be booked, including the taking of his finger and palm prints (major case prints) and being photographed, in connection with the charges in this case. As this is a GJO matter, and the defendant has not previously appeared in court in connection with the case and is not in custody, a booking order is necessary.

    Attached is a proposed Order, which presupposes that the defendant will not be held in this matter. Assuming the defendant appears for the scheduled arraignment tomorrow, the government will not be seeking to have him held pending trial.

    Counsel for the defendant has advised that the defendant does not oppose this motion.

```
                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY

                         /s/
              by:   _____
                    Michael C. Liebman
                    Assistant United States Attorney
                    D.C. Bar No. 479562
                    555 Fourth Street, N.W., room 4231
                    Washington, D.C.  20530
                    353-2385
                    michael.liebman@usdoj.gov
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :       Cr. No: 07-94-PLF
                                :
            v.                  :
                                :
KIRK BROOKS,                    :
                                :
            defendant.          :
```

**ORDER**

Upon the unopposed motion of the government, and for good cause shown, it is this 9th day of May, 2007, hereby ORDERED that the defendant, Kirk Brooks, be placed in the temporary custody of U.S. Park Police Officer Jason Omo, or any other authorized U.S. Park Police or Metropolitan Police Department officer, for the purpose of booking, fingerprinting (including major case prints), photographing and processing on the charges in this case, to be completed no later than 4 p.m. today, after which the defendant shall be released from custody

```
                                _____
                                Paul L. Friedman
                                UNITED STATES DISTRICT JUDGE
```