```
                                              FILED

         UNITED STATES DISTRICT COURT         MAY 0 9 2007
         FOR THE DISTRICT OF COLUMBIA
                                         NANCY MAYER WHITTINGTON, CLERK
                                              U.S. DISTRICT COURT
UNITED STATES OF AMERICA    :   Cr. No: 07-94-PLF
                            :
         v.                 :
                            :
KIRK BROOKS,                :
                            :
         defendant.         :
```

### ORDER

Upon the unopposed motion of the government, and for good cause shown, it is this 9th day of May, 2007, hereby ORDERED that the defendant, Kirk Brooks, be placed in the temporary custody of U.S. Park Police Officer Jason Omo, or any other authorized U.S. Park Police or Metropolitan Police Department officer, for the purpose of booking, fingerprinting (including major case prints), photographing and processing on the charges in this case, to be completed no later than 2 p.m. today, after which the defendant shall be released from custody

*Paul L. Friedman*
Paul L. Friedman
UNITED STATES DISTRICT JUDGE

May 9, 2007