**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

# FILED

JUN - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | Criminal No. 07- 094  (PLF) |
| | ) | |
| | ) | |
| KIRK BROOKS  Defendant. | ) | |
| | ) | |

## O R D E R

Upon careful consideration of defendant's request, the United States

Marshal Service and the Department of Corrections are directed to house

_____KIRK BROOKS_____ at Central Treatment

Facility until further Order of this Court.

_____
Date

_____
Judge Paul L.  Friedman
United States District Court