UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-094** |
| | : | |
| v. | : | |
| | : | |
| **KIRK BROOKS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jeffrey Pearlman at telephone number (202) 353-2385 and/or email address Jeffrey.Pearlman@usdoj.gov.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          United States Attorney

          /s/
          Jeffrey Pearlman
          District of Columbia Bar # 466-901
          Assistant United States Attorney
          Federal Major Crimes Section
          555 4th Street, NW, Room 4231
          Washington, DC 20530
          (202) 353-2385