✓

**HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-094-01</u> |
| --- | --- | --- |
|  | : |  |
| vs. | : | SSN: _____ |
|  | : |  |
| BROOKS, Kirk | : | Disclosure Date: <u>July 3, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
Prosecuting Attorney                                                                     Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Kirk Brooks_   7/11/07                                   _Hani Jahr_   7/11/07
Defendant          Date                                      Defense Counsel    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>July 17, 2007</u>, to U.S. Probation Officer <u>Kelly Kraemer-Soares</u>, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
        United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

July 11, 2007

Kelly Kraemer-Soares
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

        Re:    United States v. Kirk Brooks
                   Criminal No.: 07-094 (PLF)

Dear Ms. Kraemer-Soares:

    Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above case, dated July 3, 2007.

**Objections and Comments**

    1.    Mr. Brooks requests that Paragraph 13 on Page 4 of the Presentence Report be modified to reflect that he pled guilty to Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii).

    2.    Mr. Brooks requests that Paragraph 34 on Page 12 of the Presentence Report be modified to reflect that the date was 5/12/86.

    Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

*Dani Jahn*
Dani Jahn
Assistant Federal Public Defender

cc:　　Jeffrey Pearlman
　　　　Assistant U.S. Attorney
　　　　555 4th Street, N.W.
　　　　Washington, D.C. 20530