**HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Docket No.: <u>CR-07-094-01</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| **BROOKS, Kirk** | : | Disclosure Date: <u>July 3, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Jeff Pearlm_____          _7/10/07_____
Prosecuting Attorney                            Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____     _____   _____
Defendant            Date             Defense Counsel    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>July 17, 2007</u>, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
      United States Probation Officer

Addendum

Page 4: The Presentence Investigation Report stated in its July 3, 2007 version that the defendant pled guilty to Unlawful Possession With Intent to Distribute 50 Grams or More of Cocaine Base, 21 USC § 841(a)(1) and (b)(1)(A)(iii). The defendant actually pled guilty to the distribution of 5 grams or more of cocaine base under 21 USC § (b)(1)(B)(iii), as correctly indicated elsewhere in the report.

_____
Jeff Pearlman
Assistant United States Attorney