Copies to: Judge
AUSA – Special Proceedings
Dft.
*Mary Petras,
Assistant Federal
Public Defender*

IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 0 2008

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| KIRK BROOKS,<br>Movant,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | § Criminal Case No. 07-094 (PLF)<br>§<br>§<br>§<br>§<br>§<br>§ |

*Let this be filed
PJF
2/20/08*

---

## MOTION TO MODIFY SENTENCE
## PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2).

---

Comes Now, Kirk Brooks, pro se, hereinafter "Brooks" moving this Honorable Court to modify his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) for the United States Sentencing Commission has issued an Amendment to the United States Sentencing Guidelines (U.S.S.G.), specifically Amendment 706, which has been deemed retroactively applicable to Brooks base level calculation for his offense involving Crack Cocaine (Cocaine Base).

Movant Brooks submits the following in support that his sentence is due to be modified accordingly:

### JURISDICTION

This Honorable Court obtains proper jurisdiction to modify Movant Brooks' sentence pursuant Title 18 U.S.C. § 3582(c)(2) which states in pertinent part the following:

§ 3582(c)(2) -

" in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), <u>upon motion of the defendant</u> or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) [18 USCS § 3553(a)] to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

Thus, this Honorable Court obtains proper jurisdiction to modify Brooks' sentence to conform to Amendment 706's directives.

## STATEMENT OF THE FACTS

Movant Brooks pled guilty to Count One of his Indictment, which charged a violation of 21 U.S.C. 841(a)(1) and § 841(b)(1)(B)(iii), Unlawful Possession with Intent to Distribute 5 grams or more of Cocaine Base. Brooks was sentenced by the Honorable Judge Paul L. Friedman to 120 months of imprisonment, followed by 5 years of Supervised Release. This sentence was base upon the Presentence Report's (PSR) finding that Brooks' Base Offense Level was 25, with a Criminal History Category V, making his sentencing range 100 to 125 months, of which, as mention above, he was sentenced to the higher side, that being 120 months.

## REASON FOR GRANTING MOTION TO MODIFY SENTENCE

Movant Brooks respectfully moves this Honorable Court to modify his sentence, based upon the United States Sentencing Commission's ("The Commission") new Amendment 706, which was found to be retroactively applicable to crack cocaine sentences, and which allows for a reduction of Movant Brooks' Base Offense by two

levels. This new Amendment is effective March 3, 2008, and is consistent with The Commission's applicable Policy Statements.

Movant Brooks' Base Offense Level should be reduced by two levels to level 23, with a Criminal History Category of V, which would produce a new sentencing range of 84 to 105 months, of which Brooks should be re-sentenced to the higher side of the new range, because he was originally sentenced to that side of the range, thus, his new sentence should be 100 months, with credit for the amount of time already served on his original sentence awarded.

Movant respectfully asks this Honorable Court to consider his good prison record, and all factors of 18 U.S.C. § 3553(a), and modify his sentence accordingly, in light of The Commission's new Amendment 706, and consider any other factor this Honorable Court now has the authority to consider, as opposed to when Brooks was originally sentenced.

Respectfully Submitted,

*Kirk Brooks-Bey*
Kirk Brooks, pro se.
Reg. No. 24782-037
Federal Correctional Institution-2
P.O. Box 1500
Butner, NC 27509-1500

<u>CERTIFICATE OF SERVICE</u>

I, Kirk Brooks, hereby certify that I have served a copy of the foregoing, by placing a copy of the same in the United States Legal Mail System, first class postage affixed, at FCI-2 Butner, NC 27509-1500 upon the following counsel at the address below:

Jeffrey Pearlman
U.S. Attorney Office
555 Fourth St. N.W.
Washington, D.C. 20530

This _8TH_ day of _Feb._, 2008.

 

_Kirk Brooks-Bey_
Kirk Brooks, pro se.
Reg. No. 24782-037
Federal Correctional Institution-2
P.O. Box 1500
Butner, NC 27509-1500

4