UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

—————————————————— )
                                         )
UNITED STATES OF AMERICA                 )
                                         )
        v.                               )    Criminal No. 07-0094 (PLF)
                                         )    Civil Action No. 08-0837(PLF)
KIRK BROOKS,                             )
                                         )
        Defendant.                       )
—————————————————— )

## ORDER

Upon consideration of defendant's Motion to Vacate, Set Aside, or Correct His

Sentence pursuant to 28 U.S.C. § 2255, it is hereby

ORDERED that the Office of the United States Attorney for the District of

Columbia is directed to file a response to defendant's motion by June 13, 2008.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 5/16/08

cc:    Robert D. Okun
       Special Proceedings
       United States Attorney's Office
       555 Fourth Street, N.W.
       Room 10-435
       Washington, D.C. 20530