Case 1:07-cr-00094-PLF  Document 25  Filed 06/02/2008  Page 1 of 2





CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

CR 07-094-PLF

Kirk Brooks
Reg. No. 24782-037
Federal Correct Complex
P.O. Box 90
Petersburg, VA

RETURNED TO SENDER

☐ MOVED, LEFT NO ADDRESS
☐ FORWARDING ORDER EXPIRED
☒ ATTEMPTED-NOT KNOWN
☐ UNCLAIMED  ☐ REFUSED
☐ NO SUCH STREET
☐ NO SUCH NUMBER
☐ INSUFFICIENT ADDRESS

RTS

JUN - 2 2008
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

Copies to: Judge
AUSA – Special Proceedings
Dft.

Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

filed 5/14/08 MLP

| United States District Court | District of Columbia |
|---|---|
| Name (under which you were convicted): Kirk Brooks | Docket or Case No.: 07-094-PLF |
| Place of Confinement: P.O. Box 90043 Federal Correctional Complex, Petersburg, VA | Prisoner No.: #24782-037 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
| Kirk Brooks  v. | United states of America |

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: U.S. District Court for the District of Columbia Washington, D.C. 20001

   (b) Criminal docket or case number (if you know): 07-094

2. (a) Date of the judgment of conviction (if you know): 08/07/2007

   (b) Date of sentencing: 08/07/2007

3. Length of sentence: 120 months

4. Nature of crime (all counts): One count of unlawful Possession w/Intent to distribute 5 grams or more of Cocaine Base, in violation of 21 U.S.C. §841(A)(1) and (b)(1)(B)(iii).

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐  (2) Guilty ☒  (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? One count unlawful PWID 5 grams of Cocaine Base, in viol. of 21 U.S.C. §841(A)(1) and (b)(1)(B)(iii).

6. If you went to trial, what kind of trial did you have? (Check one)  Jury ☐  Judge only ☐

**RECEIVED**

MAY 1 4 2008

Clerk, U.S. District and
Bankruptcy Courts