NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                                 Criminal Number  07-cr-94

Kirk Brooks
_____(Defendant)_____

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[X] CJA            [ ] RETAINED            [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Elita C. Amato
(Attorney & Bar ID Number)

Attorney at Law
(Firm Name)

2009 N. Fourteenth Street, Suite 708
(Street Address)

Arlington, VA   22201
(City)        (State)        (Zip)

703-522-5900
(Telephone Number)