IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No 07-0094(PLF) |
| v. | : | |
| | : | |
| *KIRK BROOKS* | : | |

## MOTION TO ENLARGE TIME IN WHICH TO FILE REPLY TO THE GOVERNMENT'S OPPOSITION

*COMES NOW*, Kirk Brooks, through undersigned counsel, and respectfully moves this Court grant counsel sufficient time to review the full record in this case so that she can properly assess the issues put forth by Mr. Brooks, their viability and any further or subsequent arguments if applicable, before preparing a reply in this case and before the court makes any rulings on Mr. Brooks' motions.

Counsel has put in a request to the Court for the sentencing hearing transcript. Upon receipt of the transcript and review of the proceeding with Mr. Brooks, counsel will be in a better position to advise Mr. Brooks and prepare any reply if necessary.

*WHEREFORE*, Mr. Brooks, respectfully requests the Court grant the relief requested in this motion, and permit counsel sufficient time to review the full record in this case before submitting a reply and before the Court rules on Mr. Brooks' pending motions.

Respectfully submitted,

/s/
_____
 Elita C. Amato
Counsel to Kira Brooks
D. C. Bar # 442797
2009 N. Fourteenth Street, Suite 708
Arlington, VA  22201
703-522-5900

## CERTIFICATE OF SERVICE

**I CERTIFY** that the above motion was filed electronically on June 17, 2008, thereby causing service electronically on all parties in this case.

/s/
_____
**Elita C. Amato, Esq.**

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No 07-0094(PLF) |
| v. : | |
| : | |
| *KIRK BROOKS* : | |

**ORDER**

Upon consideration of Defendant's Motion to Enlarge Time, and any opposition, it is this _____ day of _____, 2008, hereby

**ORDERED** that defendant Kirk Brooks' motion is granted; and it is further

**ORDERED** that Mr. Brooks' may be permitted to file his reply after his counsel has received a copy of the sentencing transcript and has had sufficient time to review the same with Mr. Brooks.

**SO ORDERED**.

Date:

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT COURT JUDGE